IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*************************************************************************************

IN RE: : CASE NO. 5-16-04283
CARRIE A PROPES :
             Debtor. : CHAPTER 13

*************************************************************************************

CARRIE A. PROPES :
             Movants, :
   vs. :
CITY OF SCRANTON, CO NORTHEAST :
REVENUE, M&T BANK, SCRANTON :
NEIGHBORHOOD HOUSING SERVICE, and :
CHARLES J DEHART, III, ESQ. :
             Respondents. :

*************************************************************************************

## **AFFIDAVIT**
*************************************************************************************

    I, Carrie A. Propes, being first duly sworn according to law, do depose and state the following:

    I have previously filed a Chapter 13 Voluntary Petition with the United States Bankruptcy Court for the Middle District of Pennsylvania at Case No. 5-15-01985.

    I was unable to work due to a high risk pregnancy. My baby was born premature, requiring an extensive hospital stay. Due to the above, I was unable to work and the Bankruptcy case was dismissed. I will be returning to work shortly, which will allow me to resume making monthly mortgage payments and fund the Chapter 13 Plan.


Dated: October 20, 2016                            /s/Carrie A. Propes
                                                                                Carrie A. Propes