```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 16-04283-JJT
Carrie A. Propes                                                    Chapter 13
         Debtor                   CERTIFICATE OF NOTICE
District/off: 0314-5       User: CGambini            Page 1 of 1       Date Rcvd: Nov 02, 2016
                           Form ID: pdf010           Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2016.
```
db             Carrie A. Propes,    530 Beddoe Ct.,    Scranton, PA 18504
4845028       +City of Scranton,    c/o Northeast Revenue Svc.,    340 N. Washington Ave.,
                Attn: Delinquent Waste Disposal,    Scranton, PA 18503-1582
4845029        Commonwealth Health,    1605 Valley Center Pkwy, Ste 200,    Bethlehem, PA 18017-2345
4845030       +Geisinger Health System,    100 North Academy Ave.,    Danville, PA 17822-0001
4845031       +Ginny's,    1112 7th Ave.,    Monroe, WI 53566-1364
4845033       +KML Law Group, P.C.,    Suite 5000, BNY Mellon Independence Ctr.,    701 Market St.,
                Philadelphia, PA 19106-1538
4845032       +KidsPeace,    101 Pittston Ave.,    Scranton, PA 18505-1150
4845034       +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
4845037        Medicredit,    PO Box 41187,    St. Louis, MO 63141-3187
4845039       +Moses Taylor Hospital,    700 Quincy Ave,    Attn: Justin Davis CEO,    Scranton, PA 18510-1798
4845040       +Professional Account Svcs.,    P.O. Box 188,    Brentwood, TN 37024-0188
4845041       +Regency Consumer Discount Co,    393 Meridian Ave.,    Scranton, PA 18504-2630
4845042       +Regional Hospital of Scranton,    746 Jefferson Ave.,    Scranton, PA 18510-1624
4845043       +Schumachergroup,    200 Corporate Blvd.,    Lafayette, LA 70508-3870
4845045        Scranton Emergency Group,    746 Jefferson Ave.,    Scranton, PA 18510-1624
4845044        Scranton Emergency Group,    200 Corporate Blvd., Ste. 201,    Lafayette, LA 70508-3870
4845046        Scranton Neighborhood Housing Services,    1510 N Main Ave,    Scranton, PA 18508-1860
4845047       +Vendors Credit Association,    P.O. Box 1366,    Southampton, PA 18966-0822
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4845035        E-mail/Text: camanagement@mtb.com Nov 02 2016 19:11:13      M&T Bank,    1100 Wehrle Drive,
                Williamsville, NY 14221
4845036        E-mail/Text: camanagement@mtb.com Nov 02 2016 19:11:13      M&TBank,
                Lending Services, Customer Support,    P.O. Box 1288,    Buffalo, NY 14240-1288
4845038       +E-mail/Text: mmrgbk@miramedrg.com Nov 02 2016 19:11:26      Miramed Revenue Group,
                991 Oak Creek Dr.,    Lombard, IL 60148-6408
                                                                                              TOTAL: 3
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4845027*       Carrie A. Propes,    530 Beddoe Ct.,    Scranton, PA 18504
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2016 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Tullio DeLuca    on behalf of Debtor Carrie A. Propes tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

****************************************************************************

IN RE: : CASE NO. 5-16-04283
CARRIE A PROPES :
                    Debtor. : CHAPTER 13

****************************************************************************

CARRIE A. PROPES :
                    Movants, :
     vs. :
CITY OF SCRANTON, CO NORTHEAST :
REVENUE, M&T BANK, SCRANTON :
NEIGHBORHOOD HOUSING SERVICE, and :
CHARLES J DEHART, III, ESQ. :
                    Respondents. :

****************************************************************************

ORDER

****************************************************************************

Upon consideration of Debtor's Motion to Extend the Automatic Stay, it is hereby:

**ORDERED**, that the Debtor's Motion to Extend the Automatic Stay is hereby **GRANTED**; and it is further

**ORDERED**, that the automatic stay imposed under 11 U.S.C. Section 362(a) shall extend beyond the thirty days after the filing of said Petition against all creditors with respect to property of the estate, and the Debtor(s) and Debtor(s) property; and it is further

**ORDERED**, that the Debtor(s) request for an Order confirming that the automatic stay continues against property of the estate is granted as to all creditors with the exception of Scranton Neighborhood Housing Services at 1510 N. Main Ave., Scranton, PA 18508-1860.

By the Court,

Dated: November 2, 2016

John J. Thomas, Bankruptcy Judge
(PJR)