```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 16-04283-JJT
Carrie A. Propes                                                    Chapter 13
         Debtor             CERTIFICATE OF NOTICE
District/off: 0314-5       User: CGambini           Page 1 of 1         Date Rcvd: Nov 23, 2016
                           Form ID: ntcnfhrg        Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 25, 2016.
```
db             Carrie A. Propes,    530 Beddoe Ct.,    Scranton, PA 18504
4845028       +City of Scranton,    c/o Northeast Revenue Svc.,    340 N. Washington Ave.,
                Attn: Delinquent Waste Disposal,     Scranton, PA 18503-1582
4845029        Commonwealth Health,    1605 Valley Center Pkwy, Ste 200,    Bethlehem, PA 18017-2345
4845030       +Geisinger Health System,    100 North Academy Ave.,    Danville, PA 17822-0001
4845031       +Ginny's,   1112 7th Ave.,    Monroe, WI 53566-1364
4845033       +KML Law Group, P.C.,    Suite 5000, BNY Mellon Independence Ctr.,    701 Market St.,
                Philadelphia, PA 19106-1538
4845032       +KidsPeace,   101 Pittston Ave.,    Scranton, PA 18505-1150
4845034       +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
4845037        Medicredit,   PO Box 41187,    St. Louis, MO 63141-3187
4845039       +Moses Taylor Hospital,    700 Quincy Ave,    Attn: Justin Davis CEO,   Scranton, PA 18510-1798
4858130       +PRA Receivables Management, LLC,     PO Box 41021,   Norfolk, VA 23541-1021
4845040       +Professional Account Svcs.,    P.O. Box 188,    Brentwood, TN 37024-0188
4845041       +Regency Consumer Discount Co,    393 Meridian Ave.,    Scranton, PA 18504-2630
4845042       +Regional Hospital of Scranton,    746 Jefferson Ave.,    Scranton, PA 18510-1624
4845043       +Schumachergroup,   200 Corporate Blvd.,    Lafayette, LA 70508-3870
4845045        Scranton Emergency Group,    746 Jefferson Ave.,    Scranton, PA 18510-1624
4845044        Scranton Emergency Group,    200 Corporate Blvd., Ste. 201,    Lafayette, LA 70508-3870
4845046        Scranton Neighborhood Housing Services,     1510 N Main Ave,   Scranton, PA 18508-1860
4845047       +Vendors Credit Association,    P.O. Box 1366,    Southampton, PA 18966-0822
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4845035        E-mail/Text: camanagement@mtb.com Nov 23 2016 19:12:57     M&T Bank,   1100 Wehrle Drive,
                Williamsville, NY 14221
4853501        E-mail/Text: camanagement@mtb.com Nov 23 2016 19:12:57     M&T Bank,   P.O. Box 840,
                Buffalo, NY 14240-0840
4845036        E-mail/Text: camanagement@mtb.com Nov 23 2016 19:12:57     M&TBank,
                Lending Services, Customer Support,    P.O. Box 1288,    Buffalo, NY 14240-1288
4845038       +E-mail/Text: mmrgbk@miramedrg.com Nov 23 2016 19:13:07     Miramed Revenue Group,
                991 Oak Creek Dr.,    Lombard, IL 60148-6408
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,     PO Box 41021,   Norfolk, VA 23541-1021
4845027*       Carrie A. Propes,   530 Beddoe Ct.,    Scranton, PA 18504
                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 23, 2016 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman   on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Tullio DeLuca    on behalf of Debtor Carrie A. Propes tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

ntcnfhrg (04/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| Carrie A. Propes<br>aka Carrie Ann Propes, aka Carrie Propes<br>Debtor(s) | Chapter | 13 |
|---|---|---|
| | Case No. | 5:16−bk−04283−JJT |

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **December 22, 2016** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: January 10, 2017<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: CGambini |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 23, 2016 |