**TULLIO DeLUCA**
ATTORNEY-AT-LAW
381 N. 9ᵀᴴ Sᴛʀᴇᴇᴛ
Sᴄʀᴀɴᴛᴏɴ, Pᴇɴɴsʏʟᴠᴀɴɪᴀ 18504
Pʜᴏɴᴇ (570) 347-7764  Fᴀx (570) 347-7763
Eᴍᴀɪʟ: tullio.deluca@verizon.net

February 20, 2017

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        In Re: Carrie Propes
        **Chapter 13 Bankruptcy**
        **Case No. 5-16-04283**

Dear Sir/Madam:

    I have received returned mail for **NEIGHBORHOOD HOUSING SERVICES,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: 709 E. MARKET ST SCRANTON, PA 18509 .Please be advised the correct information is as follows.

        NEIGHBORHOOD HOUSING SERVICES
        530 REAR NORTH FILMORE
        SCRANTON, PA 18504

I served the Notice to Creditors & Other Parties at the above address on (Feb 20, 2017 . Please correct the mailing matrix.

    Thank you for assistance in this matter.

        Very truly yours,

        /s/ Tullio DeLuca, Esquire

TD/th