**TULLIO DeLUCA**
ATTORNEY-AT-LAW
381 N. 9ᵀᴴ STREET
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

February 27, 2017

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

    In Re: Carrie Propes
    **Chapter 13 Bankruptcy**
    **Case No. 5-16-04283**

Dear Sir/Madam:

  I have received returned mail for **SCRANTON ECONOMICS,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: 538 SPRUCE ST # 812  SCRANTON, PA 18503 .Please be advised the correct information is as follows.

    SCRANTON LIFE BUILDING
    143-149 ADAMS AVE
    SCRANTON, PA 18503

I served the Notice to Creditors & Other Parties at the above address on (Feb 27, 2017 . Please correct the mailing matrix.

  Thank you for assistance in this matter.

    Very truly yours,


    /s/ Tullio DeLuca, Esquire

TD/th