```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                        Case No. 16-04283-JJT
Carrie A. Propes                                              Chapter 13
        Debtor                CERTIFICATE OF NOTICE
```

District/off: 0314-5        User: CGambini          Page 1 of 1          Date Rcvd: Nov 08, 2017
                            Form ID: ordsmiss        Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2017.
```
db              Carrie A. Propes,    530 Beddoe Ct.,    Scranton, PA  18504
4845028        +City of Scranton,   c/o Northeast Revenue Svc.,    340 N.  Washington Ave.,
                 Attn: Delinquent Waste Disposal,    Scranton, PA 18503-1582
4845029         Commonwealth Health,    1605 Valley Center Pkwy, Ste 200,    Bethlehem, PA 18017-2345
4845030        +Geisinger Health System,    100 North Academy Ave.,    Danville, PA 17822-0001
4845031        +Ginny's,    1112 7th Ave.,    Monroe, WI 53566-1364
4845033        +KML Law Group, P.C.,    Suite 5000, BNY Mellon Independence Ctr.,    701 Market St.,
                 Philadelphia, PA 19106-1538
4845032        +KidsPeace,    101 Pittston Ave.,    Scranton, PA 18505-1150
4845034        +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
4845037         Medicredit,    PO Box 41187,    St. Louis, MO 63141-3187
4845039        +Moses Taylor Hospital,    700 Quincy Ave,    Attn: Justin Davis CEO,    Scranton, PA 18510-1798
4845040        +Professional Account Svcs.,    P.O. Box 188,    Brentwood, TN 37024-0188
4845041        +Regency Consumer Discount Co,    393 Meridian Ave.,    Scranton, PA 18504-2630
4845042        +Regional Hospital of Scranton,    746 Jefferson Ave.,    Scranton, PA 18510-1624
4845043        +Schumachergroup,    200 Corporate Blvd.,    Lafayette, LA 70508-3870
4845045         Scranton Emergency Group,    746 Jefferson Ave.,    Scranton, PA 18510-1624
4845044         Scranton Emergency Group,    200 Corporate Blvd., Ste. 201,    Lafayette, LA 70508-3870
4845046         Scranton Neighborhood Housing Services,    1510 N Main Ave,    Scranton, PA 18508-1860
4845047        +Vendors Credit Association,    P.O. Box 1366,    Southampton, PA 18966-0822
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4845031        +EDI: CBS7AVE Nov 08 2017 18:58:00      Ginny's,    1112 7th Ave.,    Monroe, WI 53566-1364
4845035         E-mail/Text: camanagement@mtb.com Nov 08 2017 18:54:11      M&T Bank,    1100 Wehrle Drive,
                 Williamsville, NY 14221
4853501         E-mail/Text: camanagement@mtb.com Nov 08 2017 18:54:11      M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
4845036         E-mail/Text: camanagement@mtb.com Nov 08 2017 18:54:11      M&TBank,
                 Lending Services, Customer Support,    P.O. Box 1288,    Buffalo, NY 14240-1288
4845038        +E-mail/Text: mmrgbk@miramedrg.com Nov 08 2017 18:54:16      Miramed Revenue Group,
                 991 Oak Creek Dr.,    Lombard, IL 60148-6408
4858130        +EDI: PRA.COM Nov 08 2017 18:58:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
                                                                                   TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4845027*        Carrie A. Propes,    530 Beddoe Ct.,    Scranton, PA 18504
                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2017 at the address(es) listed below:
```
        Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
        James  Warmbrodt   on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
        Joshua I Goldman   on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Michael J Clark   on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
        Thomas I Puleo   on behalf of Creditor   Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Tullio  DeLuca   on behalf of Debtor 1 Carrie A. Propes tullio.deluca@verizon.net
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                   TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Carrie A. Propes | Chapter | 13 |
| aka Carrie Ann Propes, aka Carrie Propes | | |
| **Debtor(s)** | Case No. | 5:16–bk–04283–JJT |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above–named case of the debtor(s) be and is hereby dismissed.

Dated:  November 8, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: CGambini, Deputy Clerk