# TULLIO DeLUCA

**ATTORNEY-AT-LAW**
381 N. 9ᵗʰ Street
Scranton, Pennsylvania 18504
Phone (570) 347-7764  Fax (570) 347-7763
Email: tullio.deluca@verizon.net

November 22, 2017

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

In Re: Carrie Propes
**Chapter 13 Bankruptcy**
**Case No. 5-16-04283**

Dear Sir/Madam:

I have received returned mail for **REGENCY FINANCE,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: 393 Meridian AVE. Scranton, PA 18504-2630 .Please be advised the correct information is as follows:

REGENCY FINANCE
320 ROUTE 315 HWY STE 210
PITTSTON, PA 18640-3919

I served the Motion to Dismiss case at the above address on ( Nov. 22, 2017 . Please correct the mailing matrix.

Thank you for assistance in this matter.

Very truly yours,

/s/ Tullio DeLuca, Esquire

TD/th